OPINION — AG — ** PARDON AND PAROLE BOARD — COMMUTE DEATH SENTENCE ** QUESTION: CAN THE GOVERNOR OF THE STATE OF OKLAHOMA HAVE THE AUTHORITY TO COMMUTE A DEATH SENTENCE TO LIFE IMPRISONMENT WITHOUT FIRST PROCURING A " FAVORABLE RECOMMENDATION TO THE EFFECT " BY A MAJORITY VOTE " OF THE " PARDON AND PAROLE BOARD " OF THIS STATE ? — NEGATIVE (PARDON, POWER, JURISDICTION AND AUTHORITY) CITE: ARTICLE VI, SECTION 10 (FRED HANSEN)